IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EMORY JOHNSON, JR., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 1:03CV00980 |
| ) | |
| ALUMINUM COMPANY OF AMERICA, ) | |
|     Defendant. ) | |

## JUDGMENT

TILLEY, Chief Judge

For the reasons set forth in a contemporaneously filed Memorandum Opinion, the Defendant's Motion for Summary Judgment [Doc. # 16] is GRANTED and this action is DISMISSED.

This the day of October 26, 2005

                                                      /s/ N. Carlton Tilley, Jr.
                                                      United States District Judge